PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>       v.<br><br>ORASIO FIERRO,<br><br>                           Defendant. | CASE NO. 1:17-CR-00135-JLT-SKO<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: March 10, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on March 10, 2023.

2. By this stipulation, the government now moves to continue the status conference until April 10, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant was arrested in Oldham County, Texas, on or about January 19, 2023.

   b) The government and probation contacted the Oldham County Attorney requesting discovery related to the arrest. The Oldham County Attorney indicated the arresting officer's report and other discovery is not complete at this time.

STIPULATION CONTINUING STATUS CONFERENCE          1

    c)  The government requests a continuance to obtain discovery for review by all parties.

    d)  The defendant does not object to the continuance.

IT IS SO STIPULATED.

Dated:  March 2, 2023          PHILLIP A. TALBERT
                   United States Attorney

                   /s/ BRITTANY M. GUNTER
                   BRITTANY M. GUNTER
                   Assistant United States Attorney

Dated:  March 2, 2023          /s/ JEREMY M. DOBBINS
                   JEREMY M. DOBBINS
                   Counsel for Defendant
                   ORASIO FIERRO

**ORDER**

  The Court grants the parties' stipulation to continuance the status conference regarding supervised release violation, currently noticed for March 10, 2023, to April 10, 2023, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **March 3, 2023**        /s/ Erica P. Grosjean
                   UNITED STATES MAGISTRATE JUDGE