Jeremy Dobbins, Esq. SBN
Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
E-mail: jeremy@jeremymdobbins.com

*Counsel for Defendant,* ORASIO FIERRO

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ORASIO FIERRO,<br><br>Defendant. | **CASE NO. 1:17-CR-00135-JLT-SKO**<br><br>**STIPULATION CONTINUING STATUS CONFERENCE; ORDER**<br><br>DATE: April 10, 2023<br>TIME: 2:00 PM<br>JUDGE: Hon. Stanley A. Boone |

TO THE HONORABLE COURT:

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on April 10, 2023.

2. By this stipulation, the parties agree to continue the case and set a status conference on April 27, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes reports, photographs, and videos. Initial discovery has been produced directly to counsel and/or made available for inspection.

    b.    Counsel for defendant desires additional time to review discovery and conduct investigation and research related to the charges.

    c.    The government does not object to the continuance.

Dated: April 5, 2023

**PHILLIP A. TALBERT**
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: April 5, 2023

**LAW OFFICE OF JEREMY M. DOBBINS**

/s/ JEREMY M. DOBBINS
JEREMY M. DOBBINS
Counsel for Defendant   ORASIO FIERRO

## ORDER

IT IS SO ORDERED.

Dated:   **April 6, 2023**

UNITED STATES MAGISTRATE JUDGE



# PROOF OF SERVICE
1:17-CR-00135-JLT-SKO

My business address is 1225 E. Divisadero Street, Fresno, CA 93721. I am employed in Fresno, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **STIPULATION CONTINUING STATUS CONFERENCE; [PROPOSED] ORDER** to all interested parties in this action as indicated in the attached service list and in the manner as described below:

BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
brittany.gunter@usdoj.gov

____(BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business at Fresno, California.

____(BY PERSONAL SERVICE) I caused delivery of such envelope(s) by hand, to the office(s) of the address(es) on the proceeding page.

__X__(BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail address(es) of the address(es) designated on the proceeding page.

____(BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the address(es) on the proceeding page.

**EXECUTED ON April 6, 2023 at Fresno, California.**

_____(STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  __X__ (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

2

3

4                        By: _____
                             Carragan Huerta, Declarant

