Jeremy Dobbins, Esq. SBN
Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
E-mail: jeremy@jeremymdobbins.com

*Counsel for Defendant,* ORASIO FIERRO

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ORASIO FIERRO,<br><br>Defendant. | **CASE NO. 1:17-CR-00135-JLT-SKO**<br><br>**STIPULATION CONTINUING STATUS CONFERENCE; ORDER**<br><br>DATE: April 27, 2023<br>TIME: 2:00 PM<br>JUDGE: Hon. Sheila K. Oberto |

TO THE HONORABLE COURT:

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on April 27, 2023.

2. By this stipulation, the parties agree to continue the case and set a status conference on May 26, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes reports, photographs, and videos. Initial discovery has been produced directly to counsel and/or made available for inspection.

b. Counsel for defendant desires additional time to review discovery and conduct investigation and research related to the charges.

c. The government does not object to the continuance.

Dated: April 20, 2023                             **PHILLIP A. TALBERT**
                                                  United States Attorney

                                                   /s/ BRITTANY M. GUNTER
                                                  BRITTANY M. GUNTER
                                                  Assistant United States Attorney

Dated: April 20, 2023                             **LAW OFFICE OF JEREMY M. DOBBINS**

                                                  /s/ JEREMY M. DOBBINS
                                                  JEREMY M. DOBBINS
                                                  Counsel for Defendant   ORASIO FIERRO

## ORDER

IT IS SO ORDERED that the status conference is continued from April 27, 2023, to **May 26, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **April 20, 2023**                        /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE


THE LAW OFFICE OF JEREMY M DOBBINS