Jeremy Dobbins, Esq. SBN
Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
E-mail: jeremy@jeremymdobbins.com

*Attorney for Defendant*, ORASIO FIERRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 1:17-CR-00135-JLT |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF JEREMY M. DOBBINS AS ATTORNEY OF RECORD AND ORDER** |
| ORASIO FIERRO, | |
| Defendant. | |

TO THE HONORABLE COURT:

Jeremy M. Dobbins was appointed as CJA Counsel for Defendant, Oscar Quintana-Garcia on February 10, 2023. Defendant was sentenced on July 24, 2023. Defense counsel requests to be terminated from the case since the representation has ended and we have submitted the final voucher.

**DATED: August 10, 2023**          **LAW OFFICE OF JEREMY M. DOBBINS**

_____
Jeremy M. Dobbins,
Attorney for Defendant, ORASIO FIERRO

**ORDER**

Having reviewed the notice and found that attorney Jeremy M. Dobbins has completed the services for which he was appointed, the Court hereby grants attorney Jeremy M. Dobbins's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

IT IS SO ORDERED.

Dated:   **August 11, 2023**                           
UNITED STATES DISTRICT JUDGE